GARY M. RESTAINO
United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant United States Attorney
Illinois State Bar No. 6314835
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Main Fax: (602) 514-7693
Email: William.Staes@usdoj.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maryann M. West,<br><br>                    Plaintiff,<br><br>          v.<br><br>Xavier Becerra,<br><br>                    Defendant. | No. CV-21-02188-PHX-DLR<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS** |

Please take notice that the parties have reached a settlement of this case of all claims. The fully executed Settlement Agreement and Release was submitted to the Judgement Fund for payment.

It is hereby stipulated by Plaintiff Maryann M. West and Defendant Xavier Becerra, Secretary of the United States Department of Health and Human Services, by and through their respective counsel, that this action be, and is hereby, dismissed with prejudice, each party to bear its own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' settlement agreement.

RESPECTUFLLY SUBMITTED this 26th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*William C. Staes*
WILLIAM C. STAES

Assistant United States Attorney
*Attorneys for Defendant*


s/*Thomas Brown (with permission)*
Thomas Brown
ERNST, BROWN & DRAPER, PLLC
1930 S. Alma School Road, Suite A200
Mesa, AZ 85210
*Attorney for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:


**Thomas Leon Brown, Jr.**
Ernst Brown & Draper PLLC
1930 S. Alma School Road, Suite A200.
Mesa, AZ, 85210
480-262-7653
tbrown@ebdlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Attorney for Plaintiff*


s/ *Alia C. Alvarez*
U.S. Attorney's Office