# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maryann M West,<br><br>    Plaintiff,<br><br>v.<br><br>Xavier Becerra, et al.,<br><br>    Defendants. | No. CV-21-02188-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Notice of Settlement and Stipulation to Dismiss (Doc. 65), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 26th day of January, 2024.

Douglas L. Rayes
United States District Judge